

ENTERED
12/06/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ADVANTAGE ENERGY JOINT VENTURE | § § | Case No. 17-34469 |
| | § | Chapter 11 |
| Debtor | § § § | |

### ORDER APPROVING THE CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY STOUT RISIUS ROSS, LLC AS FINANCIAL ADVISOR TO THE TRUSTEE
[ Doc. No. 114 ]

Upon the application (the "Application") of Loretta Cross, the chapter 11 trustee of the above-captioned debtor (the "Trustee") for entry of an order (this "Order"), approving the employment of Stout Risius Ross, LLC ("STOUT") as Financial Advisor to the Trustee as more fully set forth in the Application; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the relief requested in the Application is in the best interests of the Trustee, Debtor's estates, its creditors, and other parties in interest; and this Court having found that the Trustee's notice of the Application and opportunity for a hearing on the Application were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Application; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Application is GRANTED as forth herein;

2. The Trustee is AUTHORIZED to employ, and the Court APPOINTS STOUT, as her financial advisor under a general retainer and;

3. The designation of Margaret A. Ceconi as lead financial advisor is APPROVED;

4. Subject to Court approval or any interim compensation procedures approved by the Court, the Trustee is AUTHORIZED to compensate STOUT in accordance with STOUT's normal billing practice and to reimburse such law firm for its necessary disbursement and expenses;

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: __Dec. 6__, 2017
Houston, Texas

THE HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE