## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ADVANTAGE ENERGY JOINT | § | **Case No. 17 34469** |
| VENTURE, | § | |
| | § | **CHAPTER 11** |
| Debtor. | § | |
| | § | |

## NOTICE OF TAX CLAIM DISTRIBUTIONS

PLEASE TAKE NOTICE THAT, pursuant to the Order Approving Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, Docket No.238, the Trustee hereby files her Notice of Tax Claim Distributions and intends to make the distributions or reserves listed on Exhibit "A" attached hereto at the Closing or as soon as practicable thereafter.  Any objection to the payment of any of these claims must be made on or before one (1) day prior to closing, currently set for December 27, 2018.

Respectfully submitted,

*/s/ Trent L. Rosenthal*
Trent L. Rosenthal
Texas State Bar No. 17282300
Southern District ID No. No: 129
ROSENTHAL LAW FIRM, P.L.L.C.
675 Bering, Suite 150
Houston, Texas 77057
Telephone No. (713) 647-8177
Telecopy No. (713) 647-8127
Email: trosenthal@rosenthallaw.com

**COUNSEL FOR LORETTA CROSS,**
**CHAPTER 11 TRUSTEE**

**<u>Certificate of Service</u>**

The undersigned, an attorney, hereby certifies that a true and correct copy of this Notice of has been electronically served on this 21st day of December, 2018, through the Court's ECF Filing System on all counsel of record who are registered to receive ECF notices in this case and the U.S. Trustee.

*/s/ Trent L. Rosenthal*

Trent L. Rosenthal
