**Advantage Energy Joint Venture**
**Case No. 17-34469**
**Detail: Ad Valorem Tax, Sales Tax, and Other Tax Claims**

| | Estimated Obligation Included in Waterfall | Amounts Confirmed as of 12/21/18, Payable on Closing Date[1] | Difference | Reserve for Unconfirmed Amounts[**] | Cash Amounts To Be Paid On Closing Date[1] |
|---|---:|---:|---:|---:|---:|
| **Property Tax *** | | | | | |
| Amite County - Liberty, MS | $ 3,300 | $ 3,748 | $ 448 | | $ 3,748 |
| Atascosa County Tax Office | 65,020 | 44,819 | (20,202) | | 44,819 |
| Beckville ISD Tax Office | 13,419 | 15,890 | 2,471 | | 15,890 |
| Buffalo ISD Tax Office | 9,600 | 2,435 | (7,165) | | 2,435 |
| Caddo Parish Sheriff's Office | 3,900 | 3,348 | (552) | | 3,348 |
| Carson County | 2,000 | 484 | (1,516) | | 484 |
| Cleburne County | 8,424 | 6,332 | (2,092) | | 6,332 |
| Conway County Tax Collector | 10,237 | 8,471 | (1,766) | | 8,471 |
| Crawford County Tax Collector | 20,476 | - | (20,476) | | - |
| Denton County Tax Office | 2,500 | - | (2,500) | | - |
| Dimmit County Tax Office | 1,064 | 1,296 | 232 | | 1,296 |
| East Feliciana Sheriff's Office | 400 | - | (400) | | - |
| Faulkner County Tax Collector | 2,091 | 2,055 | (36) | | 2,055 |
| Fisher CAD | 1,750 | 705 | (1,045) | | 705 |
| Franklin County | 91,150 | 80,806 | (10,344) | | 80,806 |
| Frio County Appr District | 39,743 | 40,302 | 559 | | 40,302 |
| Frio County Tax Office | 12,218 | 14,559 | 2,340 | | 14,559 |
| Gonzales County | 2,260 | - | (2,260) | | - |
| Gregg County Tax Office | 25,150 | 23,172 | (1,978) | | 23,172 |
| Hansford County | 950 | 880 | (70) | | 880 |
| Harrison CAD ** | 12,946 | ** | ** | 12,946 | ** |
| Harrison County Tax Office | 7,020 | 5,699 | (1,321) | | 5,699 |
| Hood County Appraisal District | 2,000 | 2,209 | 209 | | 2,209 |
| Howard County Tax Office | 7,504 | - | (7,504) | | - |
| Hughes County Treasurer | 1,006 | 811 | (195) | | 811 |
| Hutchinson County Tax Office | 16,170 | 17,626 | 1,456 | | 17,626 |
| Independence County Tax Collector | 3,521 | 2,828 | (692) | | 2,828 |
| Irion County Tax Office | 5,400 | 5,929 | 529 | | 5,929 |
| Johnson County Tresaurer | 1,077 | 901 | (176) | | 901 |
| Karnes County Tax Office | 3,600 | 2,129 | (1,471) | | 2,129 |
| La Plata County Treasurer | 542 | 637 | 95 | | 637 |
| LeFlore County Treasurer | 27,465 | 36,234 | 8,769 | | 36,234 |
| Leon County Tax Office | 3,999 | 1,535 | (2,464) | | 1,535 |
| Logan County Tax Collector | 5,062 | 4,172 | (889) | | 4,172 |
| Marion County | 6,300 | 5,994 | (306) | | 5,994 |
| McIntosh | 800 | 450 | (350) | | 450 |
| Mitchell County Tax Office | 12,000 | 8,416 | (3,584) | | 8,416 |
| Moore County | 2,000 | 595 | (1,405) | | 595 |
| Nolan CAD | 4,250 | 4,580 | 330 | | 4,580 |
| Panola County Tax Assessor-Collector | 24,700 | 21,410 | (3,290) | | 21,410 |
| Parish of St. Helena | 2,240 | 1,827 | (413) | | 1,827 |
| Pine Tree I.S.D. Tax Office | 7,812 | 3,430 | (4,382) | | 3,430 |
| Rapides Parish | 2,000 | 244 | (1,756) | | 244 |
| Reagan County Tax Office | 7,000 | 7,364 | 364 | | 7,364 |
| Rio Arriba County Treasurer | 386 | 386 | - | | 386 |
| Rusk County Tax Office | 3,150 | 3,266 | 116 | | 3,266 |
| San Juan County Treasurer | 16,940 | 16,470 | (469) | | 16,470 |
| Sebastian County Tax Office | 24,629 | 19,514 | (5,115) | | 19,514 |
| Tangipahoa Parish Sheriff | 1,687 | 447 | (1,240) | | 447 |
| Throckmorton CAD ** | 2,150 | ** | ** | 2,150 | ** |
| Van Buren County Tax | 58,281 | 45,806 | (12,475) | | 45,806 |
| Weld County Tax | 58,445 | 38,186 | (20,260) | | 38,186 |
| White County | 3,548 | 2,279 | (1,269) | | 2,279 |
| Wilkinson County | 1,000 | 562 | (438) | | 562 |
| Wilson County Appraisal District | 4,100 | - | (4,100) | | - |
| Wise County Tax Assessor/Collector | 2,000 | 1,000 | (1,000) | | 1,000 |
| Wood County Tax Office | 1,850 | 1,406 | (444) | | 1,406 |
| Yell County Tax | 2,652 | 3,631 | 979 | | 3,631 |
| **Property Tax** | $ 662,883 | $ 517,272 | $ (130,515) | $ 15,096 | $ 517,272 |
| Additional Reserves for Property Taxes** | N/A | N/A | N/A | 25,000 | N/A |
| **Total Property Tax** | $ 662,883 | $ 517,272 | $ (130,515) | $ 40,096 | $ 517,272 |

**Advantage Energy Joint Venture**
**Case No. 17-34469**
**Detail: Ad Valorem Tax, Sales Tax, and Other Tax Claims**

|  | Estimated Obligation Included in Waterfall | Amounts Confirmed as of 12/21/18, Payable on Closing Date *** | Difference*** | Reserve for Unconfirmed Amounts*** | Cash Amounts To Be Paid On Closing Date*** |
|---|---:|---:|---:|---:|---:|
| **Sales Tax** | | | | | |
| Caddo-Shreveport Sales & Use Tax Commission | $ 9,478 | N/A | N/A | N/A | N/A |
| DeSoto Parish Sales & Use Tax Commission | 25,298 | N/A | N/A | N/A | N/A |
| Parish of St. Helena - Tax Collector | 24,365 | N/A | N/A | N/A | N/A |
| Tangipahoa Parish Sales Tax Department | 4,497 | N/A | N/A | N/A | N/A |
| **Sales Tax Reserve*** | $ 63,638 | N/A | $ (63,638) | $ 70,000 | N/A |
| **Grand Total** | $ 726,521 | $ 517,272 | $ (130,515) | $ 110,096 | $ 517,272 |

[1] Cash amounts to be paid on the closing date represent the portion of the estimated tax obligations confirmed with either the taxing authorities, or with documentation provided by J. Gayle.  If the estimated amount is lower than the amount provided by the taxing authorities, the larger amount, in its entirety, is assumed to be paid in cash.

* Property tax obligations based on input from Red River Compression Services, via J. Gayle and/or verification with current amounts reported by the respective tax authorities.

** These amounts could not be confirmed will be placed in reserve until the final payment amount is reasonably certain.  Additionally, 25,000 will be placed in reserve to ensure ample cash available in the event of additional obligations accruing betwee December 21 and the date of payment.

*** Sales tax obligations represent estimated amounts owed at the end of 2018, based on discussions with J. Gayle.  Corroborating documentation serving to justify these amounts, however, has not been provided.  Without independent verification of these amounts, the Chapter 11 Trustee does not make any representations as to the final amount of cash disbursed to these tax recipients.  Thus, a cash reserve of $70,000 will be established by the Chapter 11 Trustee until these obligations are paid.