## CHAPTER 11 FEE APPLICATION SUMMARY (FEE APPLICATION NO.

IN RE: §
§
ADVANTAGE ENERGY JOINT VENTURE, §
§     CASE NO. 17-34469
§
DEBTOR §

| | |
|---|---|
| Name of Applicant: | Briggs & Veselka Co. |
| Applicant's role in case: | Tax Preparer for Ch. 11 Trustee |
| Date Order of Appointment signed: | 11/23/2018 |
| Amount of retainer received prior to filing of petition: | $0.00 |
| Any amount received after filing of petition: | $ 0.00 |

| | Beginning of Period | End of Period |
|---|---|---|
| Time period covered by this Application: | 09/13/2018 | 11/15/2018 |
| Time period(s) covered by prior Applications: | N/A | N/A |
| Total amounts awarded in all prior Applications: | $ 0.00 | |
| Total fees requested in this Application and in all prior Applications: | $ 6,000.00 | |
| Total fees requested in this Application: | $ 6,000.00 | |
| Total professional fees requested in this Application: | $ 6,000.00 | |
| Total actual professional hours covered by this Application: | 37.75 hours | |
| Average hourly rate for professionals: | $ 158.94 | |
| Total paraprofessional fees requested in this Application: | $ 0.00 | |
| Total actual paraprofessional hours covered by this Application: | 0.00 hours | |
| Average hourly rate for paraprofessionals: | $ 0.00 | |
| Reimbursable expenses sought in this Application: | $ 0.00 | |

| | |
|---|---|
| Total of payments paid to administrative claimants (other than applicant): | $ 67,627.13 |
| Estimated total to be paid to unsecured creditors: | Undetermined |
| Estimated percentage dividend to unsecured creditors: | Undetermined |
| Date that plan was confirmed: | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ADVANTAGE ENERGY JOINT VENTURE, | § § § | Case No. 17 34469 |
| | § | CHAPTER 11 |
| Debtor. | § § § | |

**FIRST APPLICATION OF BRIGGS & VESELKA CO., AS TAX PROVIDER, FOR ALLOWANCE OF INTERIM COMPENSATION FOR COMPLETION OF 2016 AND 2017 INCOME TAX RETURNS**

**NOTICE UNDER LOCAL BANKRUPTCY RULE 9013**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY ONE (21) DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THIS MOTION MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

---

TO THE HONORABLE JEFF BOHM, U.S. BANKRUPTCY JUDGE:

**BRIGGS & VESELKA CO.** ("Applicant" or "Briggs"), tax provider to Loretta Cross, Chapter 11 Trustee of Advantage Energy Joint Venture, debtor in the captioned Chapter 11 case (the "Debtor") hereby files its First Application for Allowance of Interim Compensation for completion of Debtor's 2016 and 2017 federal income tax returns (the "First Application"), and, in support thereof, would respectfully show the Court as follows:

## A. BACKGROUND

1. On July 26, 2017 (the "Filing Date"), an involuntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") was filed against the Debtor. The Debtor's case is pending before the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

2. On September 21, 2017, the Court denied the Application to dismiss the involuntary petition and thereafter entered an order for relief. On September 26, 2017, Loretta R. Cross was appointed as Chapter 11 Trustee of the Debtor's estate (the "Trustee").

3. On October 17, 2018, the Trustee filed her Application to Employ Briggs & Veselka, as Tax Provider, dkt 192, (the "Application to Employ Briggs") requesting the Court's authority to employ Briggs as her accountant to prepare the 2016 and 2017 returns for a fee not to exceed $3,000 per return for a total of $6,000. On November 23, 2018, the Court signed the Order Approving the Chapter 11 Trustee's Application to Employ Briggs & Veselka Co. as Tax Provider to the Trustee, dkt 214, ("Employment Order"), a true and correct copy of which is attached hereto as **Exhibit "A"** and made a part hereof for all purposes. A flat fee not to exceed $3,000 per return, for a total of $6,000, was set forth in the Employment Order.

**APPLICATION FOR INTERIM ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

5. This is Applicant's first request for interim allowance of compensation and reimbursement of expenses and covers the period ending December 31, 2018. Applicant is the CPA firm for the Trustee and makes this Application pursuant to §331 of the Bankruptcy Code for professional services rendered and for reimbursement of out-of-pocket expenses incurred by Applicant in connection with the preparation of the 2016 and 2017 tax returns. By this Application and in compliance with §328(b) of the Bankruptcy Code, Applicant seeks an allowance of

compensation.

6.  Applicant has not sought or received an allowance of interim compensation in this case.

7.  All professional services for which allowance of compensation is requested were performed by Applicant for and on behalf of the Trustee and not on behalf of any committee, creditor, equity security holder or any other person. Applicant is not seeking any compensation for work that was, or should have been, performed by the Trustee. Applicant is seeking compensation for accounting services rendered to the Trustee. This Application covers the allowance of compensation for professional services performed from September 17, 2018 through December 31, 2018, and expenses incurred or reaching Applicant's records during that period. This Application is Applicant's first request for an allowance of compensation and reimbursement of expenses.

8.  During the period covered by this Application, Applicant expended a total of 37.75 hours for professional services rendered on behalf of the Trustee. The time was spent by the principals, associates and paralegals of Applicant as follows:

| Principal/Associated | Hours | Hourly Rate | Total |
|---|---|---|---|
| **See Detail** | 37.75 | Average $158.94[1] | $7,566.50 |
| | | | LESS DISCOUNT OF $1,556.50 |
| TOTAL | | | $6,000.00 |

A complete accounting of the foregoing time is provided in the Invoices from Briggs (the "Invoices"), attached hereto as **Exhibit "B"** and incorporated herein by reference for all purposes.

---

[1] Hourly calculation based on discounted amount billed.

9. The rates charged by Applicant at the commencement of this proceeding was the same as the rates charged on chapter 11 matters, without considering the size and degree of responsibility, difficulty, complexity and results achieved. Accordingly, and based on such rates, the value of the professional services rendered during this period is $6,000, which is the flat fee that Applicant agreed to accept for this work.

10. Applicant is not seeking recovery of any expenses.

11. Work performed by Applicant for the period covered by this Application which has benefited the Trustee and Debtor's estate includes, but is not limited to, the following:

    a. <u>General/Case Administration.</u> This matter consists of any time expended involving coordination and compliance matters, including, but not limited to, preparation of Debtor's statement of financial affairs, schedules, and U.S. Trustee interim statements and operating reports.

Applicant prepared the Debtor's 2016 and 2017 Form 1065 Tax Returns, and met the reporting requirements under the Internal Revenue Code. Applicant reviewed and compiled financial data required to prepare such return.

    TOTAL:                                                                       $6,000.00

### REQUEST FOR ADVANCED APPROVAL OF COMPENSATION

12. Pursuant to Trustee's agreement, Briggs requests approval of compensation for completion of 2018 return for a fee not to exceed $3,000.

### CONCLUSION

Various factors have been suggested by the Courts for consideration in awarding compensation in a bankruptcy case. See, for instance, *Matter of First Colonial Corp. of America,* 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974). These factors are codified in Section 330 of the Bankruptcy Code. Consideration of these factors is as follows:

    (a) <u>Time and Labor Required:</u> The time required for the services performed by

Applicant and a detailed description of such services are set forth in the Invoices, **Exhibit "C"**. Applicant was required to devote this time to prepare the tax returns. The rates charged for this service are commensurate with the complexity of this case, experience and qualifications of Brigg's professionals. Applicant avoided duplication of efforts and did not engage in any interoffice communications. Applicant handled this matter in a cost effective and efficient manner.

(b) <u>Novelty and Difficulty of the Questions</u>: This case involves the preparation of tax returns. Which involve some complexity and skill.

(c) <u>Skill Required to Perform the Services Properly</u>: The principals and associates of Applicant have the skills required to properly perform the appropriate services for the Trustee. The fees requested herein are justified.

(d) <u>The Preclusion of other employment by the Applicant due to the acceptance of the case</u>: N/A

(e) <u>Customary Fees</u>: The rates charged by Applicant are customary fees for similar work done in the community. No premium, lodestar or contingency has been included in this Application. Applicant has not billed for any services that should have been performed by the chapter 11 trustee, as the trustee of Debtor's estate.

(f) <u>Whether the Fee is Fixed or Contingent</u>: Applicant's fee expectations, when the case was accepted, were that the Applicant would receive a flat fee. There is no contingency fee arrangement. Applicant was exposed to a possible risk in the collection of its fees if funds were not available.

(g) <u>Time Limitations</u>: N/A.

(h) <u>Amount Involved and Results Obtained</u>: Applicant successfully prepared the 2016 and 2017 returns, which the Trustee filed.

(i) <u>Experience, Reputation and Ability of Briggs</u>: Briggs has an excellent reputation in the area of tax preparation and accounting.

(j) <u>The "undesirability" of the case</u>: This case is undesirable because of the delays and risks inherent in the bankruptcy fee application procedure.

(k) <u>Nature and Length of Professional Relationship with the Client</u>: The Trustee has known Applicant for many years, and Applicant works with the Trustee in other matters.

(l) <u>Awards in Similar Cases</u>: Applicant believes that the compensation sought is consistent with that awarded in other cases of similar size and complexity, and is authorized by §330 of the Bankruptcy Code. This Court reviews applications for compensation in many cases and is aware of the allowances usually made and the factors that enter into such a decision. Applicant believes that the fees and expenses requested are similar or less than fee awards made in similar cases.

**WHEREFORE,** RLF respectfully requests that this Court enter an order that:

1. Allows interim compensation to Briggs in the sum of **$6,000** consisting of a flat fee, as reasonable compensation for services rendered;

2. Authorizes and directs the Trustee to pay Applicant in the amount of **$6,000,** which amount reflects the fees and expenses awarded herein

3. Authorizes in advance, approval of compensation for completion of 2018 return for a fee not to exceed $3,000.

4. Approves the foregoing as an interim allowance of compensation; and

5. Grants Briggs such other and further relief as is just and equitable.

Respectfully submitted this 17th day of January, 2019.

**BRIGGS & VESELKA CO., P.C.**

_____
Sheila Enriquez
9 Greenway Plaza, Suite 1700
Houston, Texas 77046
Telephone: (713) 667- 9147
Email: senriquez@bvccpa.com

**OF COUNSEL:**

Trent L. Rosenthal
Texas State Bar No. 17282300
Southern District ID No. No: 129
ROSENTHAL LAW FIRM, P. L. L. C.
675 Bering, Suite 150
Houston, Texas 77057
Telephone No. (713) 647-8177
Telecopy No. (713) 647-8127
Email: trosenthal@rosenthallaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Application and attachments has been electronically served on this 17th day of January, 2019, through the Court's ECF Filing System on all counsel of record who are registered to receive ECF notices in this case and the U.S. Trustee. I further certify that on the 17th day of January, 2019, I have served a copy of this Application, attachments and proposed order on all creditors and other parties in interest by US Regular Mail, First Class, Postage Prepaid in accordance with the Creditors' Mailing Matrix obtained from the ECF system.

/s/ Trent L. Rosenthal
Trent L. Rosenthal

## VERIFICATION OF TRANSMITTAL TO CHAPTER 11 TRUSTEE

The undersigned, an attorney, under penalties of perjury, hereby certifies that a true and correct copy of the above and foregoing has been transmitted by U.S. First Class Mail, postage prepaid, to the U.S. Trustee, Office of the U.S. Trustee for the Southern of Texas, Houston Division, 515 Rusk Avenue, Suite 3516, Houston, Texas, 77002, on January 17, 2019.

/s/ Trent L. Rosenthal
Trent L. Rosenthal

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 17-34469<br>Southern District of Texas<br>Houston<br>Wed Jan 16 13:10:18 CST 2019 | Advantage Energy Capital, LLC<br>c/o James E. Gayle<br>PO Box 690365<br>Houston, TX 77269-0365 | Advantage Energy Joint Venture<br>6699 Port West Dr., Suite 160<br>Houston, TX 77024-8078 |
| Atascosa County<br>711 Navarro Street Ste 300<br>San Antonio, TX 78205-1749 | Consultants International Services LP<br>Three Riverway, Suite 1025<br>Houston, TX 77056-1956 | First Financial Bank, N.A.<br>c/o Jim Hamilton<br>7700 San Felipe<br>Suite 550<br>Houston, TX 77063-1618 |
| Green Bank, N.A.<br>c/o Streusand Landon Ozburn & Lemmon LLP<br>811 Barton Springs Road<br>Suite 811<br>Austin, TX 78704-1166 | KoKo Palm Partners LP<br>c/o James E. Gayle<br>PO Box 690365<br>Houston, TX 77269-0365 | MJMC Enterprises LLC<br>c/o Michael J. McGhan<br>3465 Overbrook Lane<br>Houston, TX 77027-4124 |
| Meredith Interests Consulting LP<br>Three Riverway, Suite 1025<br>Houston, TX 77056-1956 | Red River Compression Services LLC<br>6699 Port West<br>Suite 160<br>Houston, TX 77024-8078 | The Bank of River Oaks<br>c/o Bruce K. Watkins<br>24 Greenway Plaza, Suite 1710<br>Houston, TX 77046-2423 |
| Verde Springs II, LLC<br>c/o Jean Frizzell<br>1100 Louisiana St., Ste. 3500<br>Houston, TX 77002-5212 | Westwind Ranch L.P.<br>c/o Larry J. Martin<br>15 E. Rivercrest<br>Houston, TX 77042-2513 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Atascosa County<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 | Atascosa County Tax Office<br>1001 Oak Street<br>Jourdanton TX 78026-2849 | Bank of River Oaks<br>2929 Kirby Drive<br>PO Box 131002<br>Houston, TX 77219-1002 |
| Beckville ISD Tax Office<br>P O Box 37<br>Beckville TX 75631-0037 | Bossier Parish Tax Office<br>P O Box 850<br>Benton LA 71006-0850 | Briggs & Veselka Co.<br>9 Greenway Plaza<br>Suite 1700<br>Houston, TX 77046-0946 |
| Buffalo ISD Tax Office<br>P O Box 157<br>Buffalo TX 75831-0157 | Caddo-Shreveport Sales & Use Tax Commission<br>P.O. Box 104<br>Shreveport LA 71161-0104 | Cleburne County<br>320 West Main Street<br>Heber Springs AR 72543-3052 |
| Colorado Department of Revenue<br>Denver CO 80261-0004 | Commercial State Bank<br>Houston Branch<br>23838 Highway 59 North<br>Kingwood, TX 77339-1531 | Consultants International Services, LP<br>c/o Steelhammer & Miller<br>Three Riverway, Suite 1025<br>Houston, TX 77056-1956 |
| Crawford County Tax Collector<br>300 Main St, Room 2<br>Van Buren AR 72956-5765 | DeSoto Parish Sales & Use Tax Commission<br>P.O. Box 927<br>Mansfield LA 71052-0927 | Denton County Tax Office<br>PO Box 1277<br>Denton TX 76202-1277 |

| | | |
|---|---|---|
| Dimmit County Tax Office<br>PO Box 425<br>Carrizon Spring, TX 78834-6425 | East Feliciana Parish School Board<br>ATTN: Sales Tax Department<br>P.O. Box 397<br>Clinton LA 70722-0397 | Eunice Blake Assessor/Collector<br>PO Box 356<br>Liberty MS 39645-0356 |
| First Financial Bank, N.A.<br>23838 Highway 59 North<br>Kingwood, Texas 77339-1531 | Fisher CAD<br>PO Box 516<br>Roby Texas 79543-0516 | Franklin County Tax Collector<br>P O Box 1267<br>Ozark AR 72949-1267 |
| Frio County Appr District<br>PO Box 1129<br>Pearsall TX 78061-1129 | Frio County Tax Office<br>500 E San Antonio St<br>Box 20<br>Pearsall TX 78061-3145 | Green Bank NA<br>4000 Greenbriar St.<br>Houston, TX 77098-5204 |
| Green Bank, N.A.<br>c/o Streusand, Landon, Ozburn & Lemmon,<br>811 Barton Springs Road, Suite 811<br>Austin, Texas 78704-1166 | Gregg County Tax Office<br>PO Box 1431<br>Longview TX 75606-1431 | Harris County Tax Assessor-Collector<br>1001 Preston<br>PO Box 4089<br>Houston TX 77210-4089 |
| Hienton & Curry, PLLC<br>5045 North 12th Street<br>Suite 110<br>Phoenix, AZ 85014-3302 | Hood County Appraisal District<br>PO Box 819<br>Granbury TX 76048-0819 | Howard County Tax Office<br>PO Box 1111<br>Big Spring TX 79721-1111 |
| Internal Revenue Service<br>Department of the Treasury<br>Internal Revenue Service Center<br>Ogden, UT 84201-0011 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | James E. Gayle<br>c/o Advantage Energy Capital, LLC<br>6699 Portwest, Suite 160<br>Houston, TX 77024-8078 |
| Johnson County Treasurer<br>PO Box 794<br>Clarkville AR 72830-0794 | Karnes City ISD Tax Office<br>PO Box 38<br>Karnes City TX 78118-0038 | Karnes County Tax Office<br>200 E Calvert Avenue<br>Suite #3<br>Karnes City Texas 78118-3210 |
| Larry J. Martin<br>15 E Rivercrest<br>Houston, TX 77042-2513 | LeFlore County Treasurer<br>P O Box 129<br>Poteau OK 74953-0129 | Leon County Tax Office<br>P O Box 37<br>Centerville TX 75833-0037 |
| Lincoln Parish Tax Office<br>P O Box 2070<br>Ruston LA 71273-2070 | Logan County Tax Collector<br>25 West Walnut<br>Paris AR 72855-3239 | Louisiana Department of Revenue<br>PO Box 4936<br>Baton Rouge LA 70821-4936 |
| MJMC Enterprises, LLC<br>3465 Overbrook<br>Houston, TX 77027-4124 | Marion County<br>PO Box 907<br>Jefferson TX 75657-0907 | Meredith Interests Consulting, LP<br>c/o Steelhammer & Miller<br>Three Riverway, Suite 1025<br>Houston, TX 77056-1956 |

| | | |
|---|---|---|
| Michael J. McGhan<br>3465 Overbrook<br>Houston, TX 77027-4124 | Michele O. Miller<br>c/o Steelhammer & Miller<br>Three Riverway, Suite 1025<br>Houston, TX 77056-1956 | Mississippi Department of Revenue<br>ATTN: SALES TAX DEPT.<br>1385 Johnny Johnson Dr<br>Brookhaven MS 39601-9641 |
| Mitchell County Tax Office<br>428 E 2nd Street<br>Colorado City Texas 79512 | New Mexico Taxation and Revenue Dept<br>PO Box 25128<br>Sante Fe NM 87504-5128 | Nolan CAD<br>208 South Elm Street<br>Sweetwater Texas 79556-4524 |
| Panola County Tax Assessor-Collector<br>110 S Sycamore, Room 211<br>Carthage TX 75633-2543 | Parish of St. Helena<br>PO Box 1205<br>Greensburg LA 70441-1205 | Pine Tree I.S.D. Tax Office<br>PO Box 5878<br>Longview Texas 75608-5878 |
| Pope County<br>100 West Main Street<br>Russellville AR 72801-3723 | Rapides Parish Sheriff's Office<br>PO Box 1590<br>Alexandria LA 71309-1590 | Reagan County Tax Office<br>300 Plaza Street<br>Big Lake Texas 76932-4512 |
| Red River Compression Services, LLC<br>c/o Advantage Energy Capital, LLC<br>6699 Portwest, Suite 160<br>Houston, TX 77024-8078 | Rio Arriba County Treasurer<br>PO Box 548<br>Tierra Amarilla NM 87575-0548 | Robert H. Steelhammer<br>c/o Steelhammer & Miller<br>Three Riverway, Suite 1025<br>Houston, TX 77056-1956 |
| Robert H. Steelhammer<br>c/o Walter J. Cicack<br>Hawash Cicack & Gaston LLP<br>3401 Allen Parkway, Suite 200<br>Houston, TX 77019-1857 | Rusk County Tax Office<br>PO Box 988<br>Henderson TX 75653-0988 | San Juan County Treasurer<br>100 S Oliver, Suite 300<br>Aztec NM 87410-2417 |
| Sebastian County Tax Office<br>PO Box 1358<br>Fort Smith AR 72902-1358 | Tangipahoa Parish Sales Tax Department<br>PO Box 159<br>Amite LA 70422-0159 | Tangipahoa Parish Sheriff<br>PO Box 942<br>Amite LA 70422-0942 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | The Bank of River Oaks<br>c/o Bruce K. Watkins<br>Watkins & Watkins<br>24 Greenway Plaza, Suite 1710<br>Houston, Texas 77046-2423 | Throckmorton CAD<br>PO Box 788<br>Throckmorton TX 76483-0788 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Van Buren County Tax<br>PO Box 359<br>Clinton AR 72031-0359 | Webster Parish Tax Office<br>P.O. Box 877<br>Minden LA 71058-0877 |
| Weld County Treasurer<br>PO Box 458<br>Greeley CO 80632-0458 | White County<br>115 W. Arch Ave.<br>Searcy AR 72143-7701 | William W. Bandy, CPA<br>7726 Woodway Drive<br>Houston, TX 77063-1812 |

| | | |
|---|---|---|
| Wilson County Appraisal District<br>1611 Railroad St<br>Floresville TX 78114-1825 | Wise Appraisal District<br>400 E. Business 380<br>Decatur TX 76234-3165 | Wise County Tax Assessor/Collector<br>404 W Walnut<br>Decatur TX 76234-1372 |
| Wood County Tax Office<br>P O Box 1919<br>Quitman TX 75783-2919 | Woodforest National Bank<br>ATTN: Loan Operations<br>PO Box 7889<br>Spring, TX 77387-7889 | Woodforest National Bank<br>c/o Winstead PC, Attn: Sean B. Davis<br>600 Travis Street, Suite 5200<br>Houston, Texas 77002-3017 |
| Yell County Tax<br>PO Box 99<br>Danville AR 72833-0099 | ZB, N.A dba Amegy Bank<br>ATTN:William Ray<br>Five Post Oak Park<br>4400 Post Oak Parkway<br>Houston, TX 77027-3421 | Loretta R Cross<br>Stout Risus Ross LLC<br>1000 Main Street<br>Suite 3200<br>Houston, TX 77002-6337 |
| Michele O. Miller<br>Meade & Neese LLP<br>2118 Smith Street<br>Houston, TX 77002-8628 | Robert H. Steelhammer<br>14 Pinewold Circle<br>Houston, TX 77056-1400 | Trent L Rosenthal<br>Trent L Rosenthal, P.L.L.C.<br>675 Bering<br>Suite 150<br>Houston, TX 77057-2188 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Texas Comptroller of Public Accounts<br>PO Box 13528<br>Capital Station<br>Austin, TX 78711-3528 | (d)Texas State Comptroller<br>P.O. Box 13528, Capitol Station<br>Austin TX 78711-3528 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Verde Springs, LLC<br>c/o Jean Frizzell<br>1100 Louisiana, Ste. 3500<br>Houston | (u)Woodforest National Bank | (d)Advantage Energy Capital, LLC<br>c/o James E. Gayle<br>P O Box 690365<br>Houston, TX 77269-0365 |
| (d)KoKo Palm Partners, LP<br>c/o James E. Gayle<br>P O Box 690365<br>Houston, TX 77269-0365 | (d)Verde Springs II, LLC<br>c/o Jean Frizzell<br>1100 Louisiana St., Ste. 3500<br>Houston, TX 77002-5212 | (u)Verde Springs, LLC<br>c/o Jean Frizzell, 1100 Louisiana, Ste. |

End of Label Matrix
Mailable recipients   101
Bypassed recipients     6
Total                 107