IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/15/2019

| | |
|---|---|
| IN RE: § | |
| § | |
| ADVANTAGE ENERGY JOINT § | Case No. 17-34469 |
| VENTURE, § | Chapter 11 |
| § | |
| Debtor § | |
| § | |

### ORDER APPROVING THIRD APPLICATION OF ROSENTHAL LAW FIRM, P.L.L.C., AS COUNSEL FOR LORETTA CROSS, CHAPTER 11 TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2018 THROUGH DECEMBER 31, 2018
(245)

This matter having come on for consideration on the Third Application for Interim Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2018 through December 31, 2018 (the "Application") filed by Rosenthal Law Firm, P.L.L.C., as counsel for Loretta Cross, the Chapter 11 trustee (the "Trustee") of Advantage Energy Joint Venture, debtor in the above-captioned Chapter 11 case ("Debtor"). The Court, having considered the Application and the representations set forth therein, finds that the Application should be granted and that the fees and expenses requested are actual, reasonable and necessary.

IT IS, THEREFORE

**ORDERED** that the Application filed herein by the Trustee's counsel requesting $61,370.00 in fees and $1,190.38 in accrued expenses, for a total of $62,560.38 is hereby approved as an interim allowance of compensation to the Trustee's counsel; it is further

**ORDERED** that the Trustee, on behalf of the Debtor's estate, is hereby authorized to pay the sum of $62,560.38 to Trustee's counsel, Rosenthal Law Firm, P.L.L.C., representing the fees and expenses awarded herein, and the Trustee may make this distribution out of the reserve established for these fees and expenses,

**ORDERED** that the amounts awarded herein shall constitute an allowed administrative claim in this case under §503 and §507 of the Bankruptcy Code; and it is further

**ORDERED** that this Order is without prejudice to the Trustee's counsel's right to seek further compensation and reimbursement of expenses in this case, and without prejudice to the previous interim award of compensation.

SIGNED this 15th day of Feb. 2019.

_____
Jeff Bohm
U.S. Bankruptcy Judge