

ENTERED
02/21/2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ADVANTAGE ENERGY JOINT VENTURE, | § § § | Case No. 17-34469<br>Chapter 11 |
| Debtor | § § § | |

### ORDER APPROVING FIRST APPLICATION OF BRIGGS & VESELKA CO., AS TAX PROVIDER, FOR ALLOWANCE OF INTERIM COMPENSATION FOR COMPLETION OF 2016 AND 2017 INCOME TAX RETURNS

(246)

This matter having come on for hearing on the First Application of Briggs & Veselka Co., as Tax Provider, for Allowance of Interim Compensation for Completion of 2016 and 2017 Income Tax Returns (the "First Application"). The Trustee's counsel made an oral motion to increase the fee for preparation of the 2018 return from $3,000.00 to $4,500.00, and the motion was approved. The Court, having considered the Application and the representations set forth therein, finds that the Application should be granted and that the fees and expenses requested are actual, reasonable and necessary.

IT IS, THEREFORE

**ORDERED** that the Application filed herein by the Trustee's Tax Preparer requesting $6,000.00 in fees is hereby approved as an interim allowance of compensation to the Trustee's counsel; it is further

**ORDERED** that the Trustee, on behalf of the Debtor's estate, is hereby authorized to pay the sum of $6,000.00 to Trustee's tax preparer, Briggs & Veselka, Co., representing the fees awarded herein, and the Trustee may make this distribution out of the reserve established for these fees,

**ORDERED** that advance compensation for Briggs & Veselka for preparation and completion of the 2018 return for a fee not to exceed $4,500.00 is hereby approved, subject to the Trustee's approval of such fee and the Trustee may pay such fee when due,

**ORDERED** that the amounts awarded herein shall constitute an allowed administrative claim in this case under §503 and §507 of the Bankruptcy Code; it is further

**ORDERED** that this Order is without prejudice to the Trustee's tax preparer's right to seek further compensation and reimbursement of expenses in this case, and without prejudice to the previous interim award of compensation; and it is further

**ORDERED** that this shall constitute a final allowance of compensation, and Briggs & Veslka does not need to file a final fee application.

SIGNED this 20th day of Feb. 2019.

Jeff Bohm
U.S. Bankruptcy Judge

**APPROVED:**

*Trent L. Rosenthal*
Trent L. Rosenthal
Counsel for Chapter 11 Trustee