IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| **ADVANTAGE ENERGY JOINT VENTURE,** § § | **Case No. 17 34469** |
| § | **CHAPTER 11** |
| Debtor. § | |
| § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Setting Hearings (Dkt 299), the following motions and applications are set for hearing on **Friday, June 28, 2019** at **10:00 a.m.** before Judge Jeff Bohm in Courtroom 600, 6th floor, 515 Rusk Ave., Houston, Texas:

1. Motion to Dismiss Chapter 11 Case and Grant Other Relief (Dkt 296)

2. First and Final Application of Loretta Cross, Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period September 27, 2017 through March 31, 2019 (docket no. 322)

3. Fourth and Final Application of Rosenthal Law Firm, as Counsel for Loretta Cross, Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2019 through May 15, 2018 (docket no. 323), Subject to Supplementation[i]

4. Stout Risius Ross, LLC's Third and Final Application for Compensation and Reimbursement of Expenses for the Period September 1, 2018 through May 15, 2019 (docket no. 324)

Respectfully submitted,

*/s/ Trent L. Rosenthal*
Trent L. Rosenthal
Texas State Bar No. 17282300
Southern District ID No. No: 129
ROSENTHAL LAW FIRM, P.L.L.C.
675 Bering, Suite 150
Houston, Texas 77057
Telephone No. (713) 647-8177
Telecopy No. (713) 647-8127
Email: trosenthal@rosenthallaw.com

**COUNSEL FOR LORETTA CROSS, CHAPTER 11 TRUSTEE**

### Certificate of Service

The undersigned, an attorney, hereby certifies that a true and correct copy of this Notice of Hearing has been electronically served on this 29th day of May, 2019, through the Court's ECF Filing System on all counsel of record who are registered to receive ECF notices in this case and the U.S. Trustee. I further certify that on the 30th day of May, 2019, I have served a copy of this Notice of Hearing on all creditors and other parties in interest by US Regular Mail, First Class, Postage Prepaid in accordance with the Creditors' Mailing Matrix obtained from the ECF system.

*/s/ Trent L. Rosenthal*
Trent L. Rosenthal

---

[i] The Rosenthal Law Firm, PLLC will request that the Court consider the Supplement to its final application at the hearing to cover fees and expenses through the date of the hearing.