

ENTERED
06/28/2019

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ADVANTAGE ENERGY JOINT VENTURE,[1] | § § § | Case No. 17-34469-H4-11 |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

### ORDER DISMISSING CHAPTER 11 CASE AND GRANTING OTHER RELIEF
[This instrument relates to Docket No. 296]

Came on for hearing on June 28, 2019, the Motion to Dismiss Chapter 11 Case and Grant Other Relief, Together with Request for Hearing [Docket No. 296] (the "Motion") filed by Loretta Cross, as chapter 11 Trustee (the "Trustee") of the estate of Advantage Energy Joint Venture ("AEJV" or "Debtor") in the above-referenced case (the "Case"), and adequate notice of the Motion and hearing thereon having been given, the Court was advised that no objections were timely filed to the relief requested in the Motion and finds that the Motion should be granted and that the dismissal of the Debtor's chapter 11 Case is in the best interests of creditors and the Debtor's estate. **IT IS THEREFORE ORDERED THAT:**

1. The Debtor's chapter 11 Case is hereby **DISMISSED**.

2. The Trustee may make final distributions of the remaining proceeds held by the Trustee, including payment of U.S. Trustee fees, allowed professional fees, allowed trustee fees, and other items as identified on the latest version of the Waterfall Analysis attached hereto as **Exhibit A**, with any residual balance, if any, distributed to Maske, LLC ("Maske") and Woodforest National Bank ("WNB") as set forth on the Waterfall Analysis and in accordance with the terms and provisions of this Court's *Stipulation and Agreed Order Concerning Motion*

---

[1] EIN: xx-xxx3927.

*for Hearing Requesting an Order Allocating Net Sales Proceeds Between, and Directing and Authorizing Distribution to, Woodforest National Bank and Maske, LLC (Successor to Verde Spring II, LLC)* [Docket No. 300] (the "Allocation Order"); provided, however, the Trustee may retain any reserves set forth in the Waterfall Analysis until a final determination of any claim reserved for is made, provided further that such final determination shall be made and noticed to counsel for Maske, Verde Springs II, LLC, and WNB through their respective counsel of record in this Case by no later than July 31, 2019, and provided, further, however, if the Federal Tax Claim of the IRS (the "IRS Claim") is not determined and the penalty waived by July 31, 2019, the Trustee may either: (i) pay the IRS Claim in full; or, (ii) with the consent of Maske and WNB, continue to hold such amounts in reserve until the IRS Claim is finally determined.

3. The Trustee is hereby discharged and released, and her bond is released and cancelled. The company that issued the bond is authorized to cancel the bond and return any unearned premium to the Trustee, if any, for distribution by the Trustee.

4. The Trustee shall promptly pay all quarterly fees due to the U.S. Trustee, as set forth in the Waterfall Analysis.

5. This Court's *Order Approving Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances* [Docket No. 238], the Allocation Order, this Court's *Agreed Order Allowing Claim Asserted by Woodforest National Bank* [Docket No. 319] (the "WNB Claim Order"), and any and all orders entered allowing professional fees and trustee fees or approving distributions, shall remain in full force and effect despite dismissal of this case.

6. The updated version of the Waterfall Analysis attached hereto as **Exhibit A** is approved.

7. The Debtor's Case is closed effective June 30, 2019.

8.  This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

Signed: June 28, 2019

_____
Jeff Bohm
United States Bankruptcy Judge